B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Community Environmental Center, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-3762724** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**69 9th Street**<br>**Brooklyn, NY**<br>ZIP Code **11215** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| --- | --- | --- |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
| --- | --- | --- |

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Community Environmental Center, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>          _____<br>          (Name of landlord that obtained judgment)<br><br><br><br>          _____<br>          (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Community Environmental Center, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

**X** **/s/ Sanford P. Rosen** _____

Signature of Attorney for Debtor(s)

**Sanford P. Rosen (SR-4966)**

Printed Name of Attorney for Debtor(s)

**Rosen & Associates, P.C.**

Firm Name

**747 Third Avenue**
**New York, NY 10017-2803**

Address

**Email: srosen@rosenpc.com**

**(212) 223-1100  Fax: (212) 223-1102**

Telephone Number

**March 19, 2015**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John Keefe** _____

Signature of Authorized Individual

**John Keefe**

Printed Name of Authorized Individual

**Vice President**

Title of Authorized Individual

**March 19, 2015**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                              Case No. 15-

Community Environmental Center, Inc.,              Chapter 11

                          Debtor.
-----------------------------------------------------------x

**DECLARATION OF JOHN W. KEEFE PURSUANT**
**TO RULE 1007-4 OF THE LOCAL BANKRUPTCY**
**RULES FOR THE EASTERN DISTRICT OF NEW YORK**

John W. Keefe declares under penalty of perjury, pursuant to 28 U.S.C. § 1746,

that:

1.     I am a Vice President of Community Environmental Center, Inc.

("**CEC**"), a domestic not-for-profit corporation formed under and pursuant to the laws of the

state of New York and the debtor and debtor in possession in the above-captioned chapter 11

case (the "**Debtor**").  In this capacity, I am generally familiar with the Debtor's day-to-day

operations, business, and financial affairs.

2.     I submit this declaration ("**Declaration**") pursuant to Rule 1007-4 of the

Local Bankruptcy Rules for the Eastern District of New York (the "**Local Rules**") to assist this

Court and other parties in interest in understanding the circumstances giving rise to the

commencement of this chapter 11 case.

3.     Except as otherwise indicated, all facts set forth in this Declaration are

based upon my personal knowledge and/or information provided to me concerning the Debtor's

operations and financial affairs.  If called upon to testify, I would testify competently to the facts

set forth herein.  I am authorized to submit this Declaration on the Debtor's behalf.

## Business Overview

4.       The Debtor was founded in 1994 by Richard M. Cherry, who served as its President and Chief Executive Officer until September 26, 2014.  The Debtor was the first not-for-profit organization in New York City to implement energy efficiency programs for housing and community development.  The Debtor grew to become the largest supplier of weatherization services under New York State's Weatherization Assistance Program ("**WAP**"), an approved provider of the energy efficiency programs of the New York State Energy Research and Development Authority, and a pioneer in the use of cellulose insulation and solar hot water systems in New York City buildings.

5.       From 1994 to 2011, the Debtor retrofitted 17,752 housing units through WAP.  From 2010 to 2011, the Debtor brought weatherization to an additional 9,611 low-income families through the American Recovery and Reinvestment Act.

6.       As a domestic not-for-profit corporation, the Debtor receives the majority of its funding from state and federal grants.  At its peak in 2012, the Debtor received nearly $30 million in grants and employed over 200 people.  In 2013, however, the federal funds available to environmental programs were cut drastically, and the Debtor received only $3 million in grant funds for the year.  This reduction in funding had devastating effects on the Debtor's operations.  From 2013 to 2014, the Debtor was forced to lay off over 170 employees and scale back its programs to match its limited resources.

7.       During this time, the Debtor could no longer satisfy its obligations as they became due and, consequently, began to accumulate a significant amount of debt.  Although the Debtor attempted to reorganize and continue operations on a smaller scale, it reached a breaking point when New York State Homes and Community Renewal ("**HCR**"), one of its key remaining partners, cancelled its contract with the Debtor.  Consequently, the Debtor could no longer afford

to pay the rent for its offices located at 22-09 Queens Plaza North, Long Island City, NY 11101 and it was subsequently evicted from that space. As of December 8, 2014, the Debtor's books and records reflect total assets of approximately $815,000 and total liabilities of approximately $5.3 million.

8.      Although most of the Debtor's programs have ceased operations, an affiliate and a separate division continue to operate: (a) CEC Stuyvesant Cove, Inc. d/b/a Solar One ("**Solar One**"), an independently operated domestic not-for-profit corporation whose sole membership interest is held by the Debtor, and (b) Build It Green! NYC ("**Build it Green**"), which is a program run by the Debtor.

9.      Solar One runs programs that deliver environmental education programing to New Yorkers of all ages. It also manages Stuyvesant Cove Park, an architect-designed, sustainably managed two-acre park on land that was once an abandoned industrial site. Stuyvesant Cove Park now is home to hundreds of indigenous plants, flowers, trees, and berry bushes, and a site for many free public events.

10.     The Build it Green program runs a retail outlet for salvaged and surplus building materials. It accepts donated building materials and sells them to the public for a deeply discounted price, which reduces greenhouse gases by keeping materials out of the waste system. The program operates out of two warehouse locations leased by the Debtor: (a) 3-17 26th Ave., Queens, NY 11102; and (b) 69 9th St., Brooklyn, NY 11215 (together, the "**Warehouses**").

11.     As of the date hereof, the Debtor owes JPMorgan Chase Bank, N.A. ("**Chase**") approximately $1.8 million, of which approximately $1.3 million is on account of direct loans to the Debtor. The balance is on account of a direct loan to Solar One.

12.     Pursuant to a Commercial Security Agreement dated September 20, 2011, the Debtor granted Chase a blanket first priority security interest in all of its personal property to

3

secure its obligation to repay its loan from Chase and its obligations as a guarantor of Chase's loan to Solar One.  Pursuant to a Commercial Security Agreement dated September 20, 2011, Solar One granted Chase a blanket first priority security interest in all of its personal property to secure its obligation to repay its loan from Chase and its obligations as a guarantor of Chase's loans to the Debtor.

13.     On September 26, 2014, Chase commenced an action in the Supreme Court of the State of New York, County of Queens against the Debtor and Solar One, alleging various claims based on their failure to meet their respective obligations under the loan agreements and commercial guarantees titled *JP Morgan Chase Bank, N.A. v Community Environmental Center, Inc. d/b/a Build it Green, and CEC Stuyvesant Cove, Inc. d/b/a Solar One d/b/a Solar 1* (No. 706971/2014) (the "**Action**").

14.     The Debtor, Solar One, and Chase are in settlement negotiations to settle the Action.  The Debtor intends to submit a proposed settlement agreement and order for this Court's approval shortly following the date the bankruptcy petition is filed.

15.     Significant efforts have been made and are ongoing to preserve for the NYC community the substantial environmental benefits the Build it Green program has provided, and to ensure its key operations can continue without interruption, albeit by a new, standalone, unaffiliated not-for-profit corporation.  To accomplish this objective, an employee of CEC has incorporated a new not-for-profit corporation, BIG Initiatives Incorporated, and has proposed to acquire, in an arms-length transaction, certain of the Debtor's assets that were a part of the Build it Green program and to assume certain of the Debtor's obligations under the leases for the Warehouses, in a sale, for which approval of the Court will be sought, pursuant to sections 363 and 365 of chapter 11 of the Bankruptcy Code.

4

16.     The Debtor commenced its chapter 11 case to afford it a centralized forum to structure a court-approved settlement agreement with Chase and Solar One, to provide a forum for the Debtor to sell its Build it Green program related assets (the proceeds of which sale will be distributed to Chase pursuant to the terms of the settlement agreement to be submitted to the Court for approval), and to restructure its remaining obligations.  The Debtor believes that chapter 11 will be in the best interests of its estate and all creditors.

**Information Required by Local Rule 1007-4**

17.     Local Rule 1007-4 requires the Debtor to disclose certain information. This information is outlined below and set forth in the exhibits attached hereto.

18.     Pursuant to Local Rule 1007-4(a)(i), the Debtor is required to set forth the whether the debtor is a small business debtor within the meaning of Bankruptcy Code § 101(51D).  The Debtor is not a small business debtor under this statute.

19.     Pursuant to Local Rule 1007-4(a)(v), the Debtor is required to set forth the following information with respect to the holders of its twenty (20) largest unsecured claims, excluding claims of insiders: the creditor's name, address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), and telephone number; the name(s) of persons(s) familiar with the Debtor's accounts, if any; the amount of the claim; and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured.  Such information is set forth in Exhibit "A" attached hereto.

20.     Pursuant to Local Rule 1007-4(a)(vi), the Debtor is required to set forth the following information with respect to each of the holders of its five (5) largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address); the amount of the claim; a brief description and an estimate of the value of the collateral securing the claim; and an indication of whether the

5

claim or lien is disputed.  The Debtor has one secured creditor, and its contact information is as

follows:

| Creditor's Name, Mailing Address, Including Zip Code and Account Number | Date Claim was Incurred, Nature of the Lien and Description of the Property Subject to the Lien | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if Any |
|---|---|---|---|
| **JP Morgan Chase, N.A.** c/o Platzer, Swergold, Levine, Goldberg, Katz New York, NY 10022 | 1) Loan Ending 2015 (10/11/2013) 2) Loan Ending 2016 (4/23/2013) 3) Loan Ending 2010 (9/20/2011) 4) Loan Ending 0002 (1/9/2004) | 1,812,777.00 | Unknown |
| **NYS Department of Taxation and Finance** Attn: Office of Counsel Building 9 W A Harriman Campus Albany NY 12227 | 11/18/2014  Tax Lien | $452,864.63 | Unknown |

      21.     Pursuant to Local Rule 1007-4(a)(vii), the Debtor is required to set

forth a summary of its assets and liabilities.  A summary of the Debtor's assets and

liabilities as of December 18, 2014 is set forth in Exhibit "B" attached hereto.

      22.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor is required to disclose

whether any of its securities are publicly held.  None of the Debtor's securities are publicly held.

      23.     Pursuant to Local Rule 1007-4(a)(ix), the Debtor is required to set forth

a list of all property in the possession or custody of any custodian, public officer, mortgagee,

pledgee, assignee of rents, secured creditor, or agent for any such entity, giving the name,

address, and telephone number of such entity, and the location of the court in which any

proceeding relating thereto is pending.  None of the Debtor's property is so held.

24.     Pursuant to Local Rule 1007-4(a)(x), the Debtor is required to set forth a list of the premises owned, leased, or held under other arrangement from which it operates its business.  CEC leases the Warehouses.

25.     Pursuant to Local Rule 1007-4(a)(xi), the Debtor is required to disclose the location of its substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the Debtor outside the territorial limits of the United States.  The Debtor's primary assets are the assets of the Build it Green program, which are located at the Warehouses.  The Debtor's books and records are located at the residence of Melissa Forbes, Controller, 5532 Netherland Ave. #3G, Bronx, New York 10471.

26.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor is required to set forth a list of the nature and present status of each action or proceeding, pending or threatened, against it or its property where a judgment against it or a seizure of its property may be imminent.  A list is set forth in Exhibit "C" attached hereto.

27.     Pursuant to Local Rule 1007-4(a)(xiii), the Debtor is required to disclose the names of the individuals who comprise its respective existing senior management, their tenure, and a brief summary of their relevant responsibilities and experience. I am the sole senior manager remaining at CEC.  I am a Vice President of CEC and Special Consultant to the Board of Directors.  I was retained as a Special Consultant to the Board of Directors on September 26, 2014 and was subsequently elected as a Vice President.  I am responsible for the day-to-day operations of the Debtor, as well as negotiating with creditors and working with bankruptcy counsel.

28.     Pursuant to Local Rule 1007-4(a)(xiv), the Debtor is required to disclose the estimated amount of weekly payroll to employees (not including officers, directors, and stockholders) for the 30-day period following the filing of its chapter 11 petition.  The Debtor's

7

estimated weekly payroll to employees, excluding officers, directors, and stockholders, is $22,676.

29.    Pursuant to Local Rule 1007-4(a)(xv), the Debtor is required to disclose the amount paid and proposed to be paid for services for the 30-day period following the filing of the chapter 11 petition to officers, directors, and any retained financial or business consultant.  The Debtor's sole proposed payment of this nature will be its payment to me as an officer at the rate of $2500 per week or $10,000 for the 30-day period following the chapter 11 petition filing.

30.    Pursuant to Local Rule 1007-4(a)(vi), the Debtor also is required to disclose for the 30-day period following the filing of its chapter 11 petition, a schedule of its estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing.  All such information is set forth in the interim 30-day budget attached hereto as Exhibit "D."

31.    Pursuant to Local Rule 1007-4(a)(vii), the Debtor also is required to disclose any such additional information as may be necessary to fully inform the Court of the debtor's rehabilitation prospects.  At this time, the Debtor has no such additional information.

Dated: New York, New York,
       March 19, 2015

                                   /s/ John W. Keefe
                                   John W. Keefe

# EXHIBIT A

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re   **Community Environmental Center, Inc.**                    Case No. _____

                                    Debtor(s)          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A. Heating, Inc.<br>1841-58th Street<br>Brooklyn, NY 11204 | A. Heating, Inc.<br>1841-58th Street<br>Brooklyn, NY 11204<br>718-234-8441 | Trade Debt | | 146,240.00 |
| ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2874 | ADP LLC<br>PO Box 842875<br>Boston, MA 02284-2874<br>973-974-5000 | Trade Debt | | 34,819.50 |
| AllState<br>PO Box 3589<br>Akron, OH 44309 | AllState<br>PO Box 3589<br>Akron, OH 44309<br>866-835-8631 | Insurance | | 37,355.53 |
| ASK Construction<br>48-51 36th St.<br>Long Island City, NY 11101 | ASK Construction<br>48-51 36th St.<br>Long Island City, NY 11101<br>718-726-3550 | Trade Debt | | 994,944.57 |
| Assc. for Energy Afford.<br>105 Bruckner Boulevard<br>Bronx, NY 10454 | Assc. Energy Afford.<br>105 Bruckner Boulevard<br>Bronx, NY 10454<br>718-292-6733 | Trade Debt | | 84,939.00 |
| Cornell University<br>PO Box 22<br>Attn: Kimberly Fenner<br>Ithaca, NY 14851-0022 | Kimberly Fenner<br>Cornell University<br>PO Box 22<br>Ithaca, NY 14851-0022<br>607-255-4210 | Trade Debt | | 61,863.18 |
| Crystal Window & Door Sys<br>31-10 Whitestone Expwy<br>Flushing, NY 11354 | Crystal Window & Door Sys<br>31-10 Whitestone Expwy<br>Flushing, NY 11354<br>718-961-7300 | Trade Debt | | 26,571.87 |
| Hoffman Int'l., Inc.<br>300 S. Randolphville Rd.<br>Piscataway, NJ 08854 | Hoffman Int'l., Inc.<br>300 S. Randolphville Rd.<br>Piscataway, NJ 08854<br>732-752-3600 | Trade Debt | | 38,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Community Environmental Center, Inc.**                                    Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **L&M Builders Group**<br>**1865 Palmer Avenue**<br>**Suite 203**<br>**Larchmont, NY 10538** | **L&M Builders Group**<br>**1865 Palmer Avenue**<br>**Suite 203**<br>**Larchmont, NY 10538**<br>**914-833-3000** | **Trade Debt** | | 22,831.92 |
| **New York Heating**<br>**354 Humboldt St.**<br>**Brooklyn, NY 11211** | **New York Heating**<br>**354 Humboldt St.**<br>**Brooklyn, NY 11211**<br>**718-782-3894** | **Trade Debt** | | 65,399.60 |
| **Nippon Life Insurance**<br>**Company of America**<br>**655 3rd Avenue**<br>**New York, NY 10017** | **Nippon Life Insurance**<br>**Company of America**<br>**655 3rd Avenue**<br>**New York, NY 10017**<br>**877-252-7174** | **Life Insurance** | | 60,028.98 |
| **O'Connor Davies, LLP**<br>**665 Fifth Avenue**<br>**New York, NY 10022** | **O'Connor Davies, LLP**<br>**665 Fifth Avenue**<br>**New York, NY 10022**<br>**212-286-2600** | **Accounting Services** | | 104,500.00 |
| **Realty Management Co**<br>**65 9th Street**<br>**Brooklyn, NY 11215** | **Realty Management Co**<br>**65 9th Street**<br>**Brooklyn, NY 11215**<br>**718-369-0253** | | | 103,871.78 |
| **Riverdale Electrical Svc.**<br>**421 Bruckner Blvd.**<br>**Bronx, NY 10455** | **Riverdale Electrical Svc.**<br>**421 Bruckner Blvd.**<br>**Bronx, NY 10455**<br>**718-292-4882** | **Trade Debt** | | 373,025.38 |
| **Selah Realty, LLC**<br>**619 Eastern Pkwy**<br>**Brooklyn, NY 11213** | **Selah Realty, LLC**<br>**619 Eastern Pkwy**<br>**Brooklyn, NY 11213** | | | 15,879.28 |
| **Sterling Last Real Estate**<br>**100 Merrick Rd**<br>**Ste 310 West**<br>**Rockville Centre, NY 11570** | **Sterling Last Real Estate**<br>**LLC**<br>**100 Merrick Rd, Ste 310 W**<br>**Rockville Centre, NY 11570**<br>**516-255-9000** | | | 140,477.65 |
| **Sunshine Heating**<br>**104-73 165th St.**<br>**Jamaica, NY 11433** | **Sunshine Heating**<br>**104-73 165th St.**<br>**Jamaica, NY 11433**<br>**646-966-3626** | **Trade Debt** | | 137,655.00 |
| **Sustainable Generation**<br>**LLC**<br>**110 South Poplar Street**<br>**Ste. 400**<br>**Wilmington, DE 19801** | **Sustainable Generation**<br>**LLC**<br>**110 South Poplar Street**<br>**Wilmington, DE 19801**<br>**303-885-9883** | **Trade Debt** | | 35,950.00 |
| **Taitem Engineering, PC**<br>**110 South Albany Street**<br>**Ithaca, NY 14850-5402** | **Taitem Engineering, PC**<br>**110 South Albany Street**<br>**Ithaca, NY 14850-5402**<br>**607-277-1118** | **Trade Debt** | | 85,606.73 |

B4 (Official Form 4) (12/07) - Cont.

In re __Community Environmental Center, Inc.__          Case No. _____

_____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **YES Contracting Inc.**<br>**12-09 Astoria Blvd.**<br>**Astoria, NY 11102** | **YES Contracting Inc.**<br>**12-09 Astoria Blvd.**<br>**Astoria, NY 11102**<br>**718-626-2015** | **Trade Debt** | | **38,497.05** |

# EXHIBIT B

Community Environmental Center Inc.
Unaudited balance sheet as of 12/18/2014

**ASSETS**

| | |
|---|---:|
| Cash | 463,041 |
| Inventory (1) | 24,824 |
| Machinery & equipment (2) | 31,095 |
| Due from Mr. Lucas (3) | 50,000 |
| Due from Solar 1 (4) | 283,471 |
| TOTAL ASSETS | 852,431 |

**LIABILITIES**

| | |
|---|---:|
| Accounts payable | 2,977,515 |
| Bank loans (5) | 1,853,496 |
| Sales tax due (6) | 452,864 |
| Other liabilities (7) | 50,000 |
| TOTAL LIABILITIES | 5,333,875 |

**NET DEFICIT** (4,481,444)

(1) inventory is donated with a cost basis of zero; appraisal value as of 10/29/2014
(2) appraisal value as of 10/29/2014
(3) estimated
(4) estimated; based on audited value as of 12/31/2012 reduced by Chase loan proceeds
(5) per complaint filed by Chase Bank 9/26/2014
(6) per NY State Warrant dated 11/18/2014
(7) estimated

# EXHIBIT C

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| JP Morgan Chase Bank, N.A. v. Community Environmental Center, Inc. d/b/a Build it Green, and CEC Stuyvesant Cove, Inc. d/b/a Solar One d/b/a Solar 1 | Breach of Contract | Supreme Court of the State of New York, County of Queens | Pending |
| P.C. Richard & Son Long Island Corporation v. Community Environmental Center, Inc., No. 067372/2014 | Breach of Contract | Supreme Court of the State of New York, County of Suffolk | Pending |
| A.S.K. Construction, Inc. v. Community Enviornmental Center, Inc., Solar One, Inc., Build it Green! Green NYC, Richard M. Cherry, Justin Green, Christopher Collins, East New York Partnership, L.P., "John Doe #1" through "John Doe #10," said names being fictious and "ABC Corp. #1" through "ABA Corp. #10," said names being fictious, No. 507451/2014 | Breach of Contract, Payment of Promissory Note, Unjust Enrichment, Lien Foreclosure | Supreme Court of the State of New York, County of Kings | Pending |
| A Heating Inc. v. Community Environmental Center Inc., No. 652869/2014 | Breach of Contract | Supreme Court of the State of New York, County of New York | Pending |
| A-1 State, Inc. v. Community Environmental Center, Inc., No. 11115/2104 | Breach of Contract | Supreme Court of the State of New York, County of Queens | Pending |
| New York Heating Corp. v. Community Environmental Center, Inc., and Ahi Ezer Housing Development Fund Corp., No. 10763/2014 | Breach of Contract | Supreme Court of the State of New York, County of Kings | Pending |

# EXHIBIT D

**Community Environmental Center Inc.**
**Mar-May 2015 - Cash flow**

| | | Mar | Apr | May |
|---|---|---|---|---|
| CoWorking Space Rental | | 1,500 | 2,000 | 2,000 |
| Donations_44125 | | 500 | 500 | 500 |
| DSNY Compost - Expense Reimbursement | | | 34,000 | 50,000 |
| Sales Seasonal avg | 187,600 | 228,844 | 216,880 | 221,350 |
| **Total Income** | | **230,844** | **253,380** | **273,850** |
| | | | | |
| **Expenses** | | | | |
| Advertising 61220 | | 300 | 300 | 300 |
| Auto Fuel_53110 | | 675 | 675 | 675 |
| Auto Insurance & Fees | | 1,212 | 1,212 | 1,212 |
| Auto Repairs | | 500 | 500 | 500 |
| Auto Tolls & Parking_53112 | | 432 | 432 | 432 |
| Auto Vehicle Rental_53120 | | 733 | 733 | 733 |
| Bank Service Fees | | 12 | 12 | 12 |
| Building Maintenance_ 55170 | | 1,233 | 1,233 | 1,233 |
| Business Liability Insurance | | 6,715 | 6,715 | 6,715 |
| Community Outreach_54295 | | 200 | 200 | 200 |
| Computer & Tech_54120 | | 200 | 200 | 200 |
| Credit Card Charges_62220 | | 5,538 | 5,249 | 5,357 |
| Disposal Costs_53320 | | 2,000 | 2,000 | 2,000 |
| Dues & Subscriptions_53240 | | 150 | 150 | 150 |
| Equipment and Machinery Compost | | | 20,000 | |
| Equipment Repair & Maintenance | | 395 | 395 | 395 |
| Freight & Delivery_53220 | | 54 | 54 | 54 |
| Leasehold Improvement_13130 | | 1,200 | 1,200 | 1,200 |
| Meals & Entertainment_53535 | | 320 | 320 | 320 |
| Office& Shop Supplies_54110 | | 1,004 | 1,004 | 1,004 |
| Outside and Per Diem Labor | | 750 | 750 | 750 |
| Labor Payroll Tax FICA/SUI | | 13,524 | 13,524 | 13,524 |
| Labor Health | | 11,000 | 11,000 | 11,000 |
| Labor_51110 | 25,176 | 100,704 | 105,739 | 132,174 |
| Labor - Payroll Processing | | 725 | 725 | 725 |
| Labor Workmans Comp | | 3,000 | 3,000 | 3,000 |
| Phones_54210 | | 645 | 645 | 645 |
| Product & Materials_45110 | | 5,000 | 5,000 | 5,000 |
| Rent or Lease_55110 | | 41,255 | 41,255 | 41,255 |
| Sales Returns_43510 | | 1,408 | 1,408 | 1,408 |
| Tools & Equipment_53310 | | 250 | 250 | 250 |
| Transportation_53540 | | 294 | 294 | 294 |
| Travel_53530 | | 170 | 170 | 170 |
| Uniforms & Safety Equipment | | 300 | 300 | 300 |
| Sales tax | | 20,310 | 19,248 | 19,645 |
| Utilities_55150 | | 4,269 | 4,269 | 4,269 |
| **Total Expenses** | | **226,476** | **250,160** | **257,100** |
| | | | | |
| **Net Operating Income** | | **4,367** | **3,220** | **16,750** |

## <u>CERTIFICATE OF RESOLUTION</u>

   The undersigned, the Vice-President of Community Environmental Center, Inc. ("**CEC**"), a domestic not-for-profit corporation formed under and pursuant to the laws of the state of New York (the "**Company**"), does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company (the "**Board**") at a meeting convened on December 4, 2014 at which a quorum was present and voting throughout and that such resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

   RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

   RESOLVED, that John W. Keefe, Gregory P. Pressman, Richard M. Cherry, Karen L. Outlaw, David D. Pagan, and any other person designated and so authorized to act (each, an "**Authorized Officer**") on behalf of the Company be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**") at such time as the Authorized Officer executing the petition shall determine; and it is further

   RESOLVED, that the law firm of Rosen & Associates, P.C., 747 Third Avenue, New York, New York 10017-2803, is hereby employed as attorneys for the Company in the Company's chapter 11 case; and it is further

   RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

   RESOLVED, that any Authorized Officer and such other persons as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to cause the Company to negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or

other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's business; and it is further

RESOLVED, that each Authorized Officer and such other persons as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company to: (i) negotiate, execute, deliver and/or file, in addition to the agreements, documents, and instruments referenced herein, such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company in such form and substance as such Authorized Officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Officers to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Officers deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby; and it is further

RESOLVED, that each Authorized Officer and such other persons as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Company to execute such consents of the Company as such Authorized Officer considers necessary, proper, or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past action heretofore taken by an Authorized Officer of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby is, ratified, confirmed, and approved.

**REMAINDER OF PAGE LEFT INTENTIONALLY BLANK**

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of December 2014.

**Community Environmental Center, Inc.**

By: _____
         JohnW. Keefe, Vice President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re   **Community Environmental Center, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A. Heating, Inc.<br>1841-58th Street<br>Brooklyn, NY 11204 | A. Heating, Inc.<br>1841-58th Street<br>Brooklyn, NY 11204<br>718-234-8441 | Trade Debt | | 146,240.00 |
| ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2874 | ADP LLC<br>PO Box 842875<br>Boston, MA 02284-2874<br>973-974-5000 | Trade Debt | | 34,819.50 |
| AllState<br>PO Box 3589<br>Akron, OH 44309 | AllState<br>PO Box 3589<br>Akron, OH 44309<br>866-835-8631 | Insurance | | 37,355.53 |
| ASK Construction<br>48-51 36th St.<br>Long Island City, NY 11101 | ASK Construction<br>48-51 36th St.<br>Long Island City, NY 11101<br>718-726-3550 | Trade Debt | | 994,944.57 |
| Assc. for Energy Afford.<br>105 Bruckner Boulevard<br>Bronx, NY 10454 | Assc. Energy Afford.<br>105 Bruckner Boulevard<br>Bronx, NY 10454<br>718-292-6733 | Trade Debt | | 84,939.00 |
| Cornell University<br>PO Box 22<br>Attn: Kimberly Fenner<br>Ithaca, NY 14851-0022 | Kimberly Fenner<br>Cornell University<br>PO Box 22<br>Ithaca, NY 14851-0022<br>607-255-4210 | Trade Debt | | 61,863.18 |
| Crystal Window & Door Sys<br>31-10 Whitestone Expwy<br>Flushing, NY 11354 | Crystal Window & Door Sys<br>31-10 Whitestone Expwy<br>Flushing, NY 11354<br>718-961-7300 | Trade Debt | | 26,571.87 |
| Hoffman Int'l., Inc.<br>300 S. Randolphville Rd.<br>Piscataway, NJ 08854 | Hoffman Int'l., Inc.<br>300 S. Randolphville Rd.<br>Piscataway, NJ 08854<br>732-752-3600 | Trade Debt | | 38,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Community Environmental Center, Inc.**                                    Case No. _____

                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| L&M Builders Group<br>1865 Palmer Avenue<br>Suite 203<br>Larchmont, NY 10538 | L&M Builders Group<br>1865 Palmer Avenue<br>Suite 203<br>Larchmont, NY 10538<br>914-833-3000 | Trade Debt | | 22,831.92 |
| New York Heating<br>354 Humboldt St.<br>Brooklyn, NY 11211 | New York Heating<br>354 Humboldt St.<br>Brooklyn, NY 11211<br>718-782-3894 | Trade Debt | | 65,399.60 |
| Nippon Life Insurance<br>Company of America<br>655 3rd Avenue<br>New York, NY 10017 | Nippon Life Insurance<br>Company of  America<br>655 3rd Avenue<br>New York, NY 10017<br>877-252-7174 | Life Insurance | | 60,028.98 |
| O'Connor Davies, LLP<br>665 Fifth Avenue<br>New York, NY 10022 | O'Connor Davies, LLP<br>665 Fifth Avenue<br>New York, NY 10022<br>212-286-2600 | Accounting Services | | 104,500.00 |
| Realty Management Co<br>65 9th Street<br>Brooklyn, NY 11215 | Realty Management Co<br>65 9th Street<br>Brooklyn, NY 11215<br>718-369-0253 | | | 103,871.78 |
| Riverdale Electrical Svc.<br>421 Bruckner Blvd.<br>Bronx, NY 10455 | Riverdale Electrical Svc.<br>421 Bruckner Blvd.<br>Bronx, NY 10455<br>718-292-4882 | Trade Debt | | 373,025.38 |
| Selah Realty, LLC<br>619 Eastern Pkwy<br>Brooklyn, NY 11213 | Selah Realty, LLC<br>619 Eastern Pkwy<br>Brooklyn, NY 11213 | | | 15,879.28 |
| Sterling Last Real Estate<br>100 Merrick Rd<br>Ste 310 West<br>Rockville Centre, NY 11570 | Sterling Last Real Estate<br>LLC<br>100 Merrick Rd, Ste 310 W<br>Rockville Centre, NY 11570<br>516-255-9000 | | | 140,477.65 |
| Sunshine Heating<br>104-73 165th St.<br>Jamaica, NY 11433 | Sunshine Heating<br>104-73 165th St.<br>Jamaica, NY 11433<br>646-966-3626 | Trade Debt | | 137,655.00 |
| Sustainable Generation<br>LLC<br>110 South Poplar Street<br>Ste. 400<br>Wilmington, DE 19801 | Sustainable Generation<br>LLC<br>110 South Poplar Street<br>Wilmington, DE 19801<br>303-885-9883 | Trade Debt | | 35,950.00 |
| Taitem Engineering, PC<br>110 South Albany Street<br>Ithaca, NY 14850-5402 | Taitem Engineering, PC<br>110 South Albany Street<br>Ithaca, NY 14850-5402<br>607-277-1118 | Trade Debt | | 85,606.73 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Community Environmental Center, Inc.**          Case No.   _____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **YES Contracting Inc.**<br>**12-09 Astoria Blvd.**<br>**Astoria, NY 11102** | **YES Contracting Inc.**<br>**12-09 Astoria Blvd.**<br>**Astoria, NY 11102**<br>**718-626-2015** | **Trade Debt** | | **38,497.05** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 19, 2015**                Signature   **/s/ John Keefe**
                                              **John Keefe**
                                              **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**United States Bankruptcy Court**

**Eastern District of New York**

In re    __Community Environmental Center, Inc.__                 Case No.   _____

                             Debtor(s)     Chapter    __11__

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    __March 19, 2015__                 __/s/ John Keefe__

                                          **John Keefe**/**Vice President**

                                          Signer/Title

Date:    __March 19, 2015__                 __/s/ Sanford P. Rosen__

                                          Signature of Attorney

                                          **Sanford P. Rosen (SR-4966)**

                                          **Rosen & Associates, P.C.**

                                          **747 Third Avenue**

                                          **New York, NY 10017-2803**

                                          **(212) 223-1100   Fax: (212) 223-1102**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

2 Elton LLC
Shinda Management Corp.
2 Elton St.
Brooklyn, NY 11208


35-41 Clarkson LLC
95-04 Delancey St.
New York, NY 10002


739 LLC
739 Dumont Ave.
Brooklyn, NY 11207


A-1 State Inc.
14408 Liberty Avenue
Jamaica, NY 11435-4832


A. Heating, Inc.
1841-58th Street
Brooklyn, NY 11204


Active Air Cooling & Heating
4550 White Plains Rd.
Bronx, NY 10470


ADP Brooklyn
20 Jay Street
Suite 436
Brooklyn, NY 11201


ADP, LLC
PO Box 842875
Boston, MA 02284-2874


AllState
PO Box 3589
Akron, OH 44309


American Pipe & Tank Lining Co
1142 46th Road
Long Island City, NY 11101


ASK Construction
48-51 36th St.
Long Island City, NY 11101

Assc. for Energy Afford.
105 Bruckner Boulevard
Bronx, NY 10454


Assc. of Energy Engineers
3168 Mercer University Drive
Atlanta, GA 30341


Avid Waste Systems, Inc.
1330 Oak Point Avenue
Bronx, NY 10474


B&C Industries
55 Onderlook Avenue
Ridgewood, NY 11385


Bethel AME Church
60 W 132nd St.
New York, NY 10037


Book Thug Nation
100 N. 3rd Street
Brooklyn, NY 11249


Canarsie Coaltion
Bay Shore Community Center
5955 Shore Parkway
Brooklyn, NY 11234


Cassone
1950 Lakeland Ave
Ronkonkoma, NY 11779


CERTILMAN BALIN ALDER
90 Merrick Avenue
Attn: James A. Rose, Esq.
East Meadow, NY 11554


Color Edge, Inc.
127 W. 30th Street
New York, NY 10001


Con Edison
4 Irving Place
New York, NY 10003

Cornell University
PO Box 22
Attn: Kimberly Fenner
Ithaca, NY 14851-0022


Crystal Window & Door Sys
31-10 Whitestone Expwy
Flushing, NY 11354


Cypress Corners
625 Jamaica Ave
Brooklyn, NY 11208


Cypress Courts Associates
296 Jerome Street
Brooklyn, NY 11207


Cypress Hills LDC
625 Jamaica Avenue
Brooklyn, NY 11208


D&D Carting, Inc.
107 8th Avenue
New York, NY 10011


Damage Recovery Unit


Dell Marketing LP
One Dell Way
MS RR8-07
Round Rock, TX 78682


Doherty Bread


Dual Purpose Corporation
33-11 Francis Lewis Blvd.
Flushing, NY 11358


E&M Sales Inc.
1201 Broadway
Ste. 308
New York, NY 10001

Eagle Insulation
47-25 27th Street
Long Island City, NY 11101


Elston Houses, Inc.
630 Howard Avenue
Brooklyn, NY 11212


Enterprise Rent-A-Car
600 Corporate Park Dr
Saint Louis, MO 63105


Farmers Insurance Group
4680 Wilshire Blvd
Los Angeles, CA 90010


FedEx
3878 Airways, Module H3
Department 4634
Memphis, TN 38116


Fire Command Co. Inc.
475 Long Beach Boulevard
Long Beach, NY 11561


Gold Protective Systems
41 E Main St #2
Freehold, NJ 07728


Grant Supplies
39-15 21st Street
Long Island City, NY 11101


Greiner-Maltz NY Mgmt.
24-09 38th Ave
Long Island City, NY 11101


H&L Heating Supply
1077 Coney Island Ave
Brooklyn, NY 11230


HDR Engineering, Inc.
1 Blue Hill Plaza
PO Box 1509
Pearl River, NY 10965

Hoffman Int'l., Inc.
300 S. Randolphville Rd.
Piscataway, NJ 08854


Home Depot
PO Box 9055
Dept 32-2501211506
Des Moines, IA 50368


IDVILLE
5380 52nd Street
Grand Rapids, MI 49512


Iiya Geller


Independence Residences
93-22 Jamaica Ave., 2 FL
Woodhaven, NY 11421


JASA Housing Management
Services for the Aged
161 Corbin Street & 3601
Surf Avenue


Javed Ashraf


Jewish Child Care Assoc.
858 E. 29th Street
Brooklyn, NY 11210


Joseph Edelstein


JPMorgan Chase Bank, NA
c/o Platzer, Swergold
Levine, Goldberg, Katz
New York, NY 10022


L&M Builders Group
1865 Palmer Avenue
Suite 203
Larchmont, NY 10538

Lawyers Alliance for NY
171 Madison Avenue
6th Floor
New York, NY 10016


LEAF


Local 10
10-54 47th Avenue
Long Island City, NY 11101


Lorman Education Svc
2510 Alpine Road
Eau Claire, WI 54703


Lovell Safety Mgmt Co.
110 William St #1200
New York, NY 10038


Magic Pest Mgmt., LLC
5901 Kissena Blvd
Flushing, NY 11355


Megapath
6800 Koll Center Parkway
Suite 200
Pleasanton, CA 94566


Meller Electric Inc.
2529 Atlantic Avenue
Brooklyn, NY 11207


Metlife Group
200 Park Avenue
New York, NY 10166


MHANY Management, Inc.
2-4 Nevins St.
Brooklyn, NY 11217


MTA Bridges & Tunnels
Randall's Island
Attn: James Ferrara
New York, NY 10035-0035

MXM Contractors
35 Van Brunt Rd.
Far Rockaway, NY 11693


National Grid
1 MetroTech Roadway
Brooklyn, NY 11201


Network Tier, Inc.
54 Lerer Lane
Staten Island, NY 10307


New Penn Motor Express
5860 Page Place
Maspeth, NY 11378


New York Heating
354 Humboldt St.
Brooklyn, NY 11211


New York State Insr. Fund
99 Church Street
New York, NY 10007


Nippon Life Insurance
Company of America
655 3rd Avenue
New York, NY 10017


Noel Collado


NYC Dept of Finance
66 John Street
New York, NY 10038


NYC Dept of Finance
School Zone Camera Unit
66 John St. Rm 104
New York, NY 10038


NYC Water Board
59-17 Junction Boulevard
8th Floor
Elmhurst, NY 11373

NYS Department
of Tax and Finance
Attn: Office of Counsel
Bld. 9, WA Harriman Camp.
Albany, NY 12227


NYS Dept Motor Vehicle
6 Empire State Plaza
Room 430
Albany, NY 12228


O'Connor Davies, LLP
665 Fifth Avenue
New York, NY 10022


Office Depot
6600 North Military Trail
Boca Raton, FL 33496


Office of Univ. Counsel
300 CCC Building
Garden Avenue
Ithaca, NY 14853


Pacific Mgmt. Group Corp.


Paetec
225 W 34th St
New York, NY 10122


Palace Plumbing & Heating
13 W 24th Street
New York, NY 10010


Parma Tile Mosaic
29-10 14th St.
Astoria, NY 11102


PB Prop. & Construction
12 New Clarkstown Road
Nanuet, NY 10954

PC Richad & Son, Inc.
150 Price Pkwy
Farmingdale, NY 11735


Performance Systems Dev.
124 Brindley Street
Ithaca, NY 14850


Philadelphia Parking Auth
2415 S Swanson St # 1
Philadelphia, PA 19148


Phillips Construction Grp
1050 E 85th St
Brooklyn, NY 11236


Pinkerton
610 Fifth Avenue
Suite 316
New York, NY 10020


Pitney Bowes Inc.
3001 Summer St.
Stamford, CT 06926


Power Survey & Control Co
2 Cooper Avenue
Rensselaer, NY 12144


Printing Press


Prof. Engin. Review C.
1250 Fifth Ave.
Belmont, CA 94002


Progressive Business Pub.
370 Technology Dr
Malvern, PA 19355


Project Energy Savers LLC
68 Jay Street, Suite 516
Brooklyn, NY 11201

R.David Gibbs


Realty Management Co
65 9th Street
Brooklyn, NY 11215


Ridgewood Bushwick SCC
220 Irving Ave
Brooklyn, NY 11237


Riverdale Electrical Svc.
421 Bruckner Blvd.
Bronx, NY 10455


RS Means
700 Longwater Drive
Norwell, MA 02061


Runway Tire Svc. Co Inc.
41-15 19th Ave
Astoria, NY 11105


Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022


Sears Commerical
3333 Beverly Road
Hoffman Estates, IL 60179


Selah Realty, LLC
619 Eastern Pkwy
Brooklyn, NY 11213


Snack Time Svcs. Inc.
115 C Marine Street
Farmingdale, NY 11735


Standard Pest Management
2580 Steinway St
Astoria, NY 11103

Staples Advantage
500 Staples Drive
Framingham, MA 01702


Sterling Last Real Estate
100 Merrick Rd
Ste 310 West
Rockville Centre, NY 11570


Sunshine Heating
104-73 165th St.
Jamaica, NY 11433


Susan Kaplan


Sustainable Generation
LLC
110 South Poplar Street
Ste. 400
Wilmington, DE 19801


Szeming Yang


Tailors Nest, LLC
619 Eastern Parkway
Brooklyn, NY 11213


Taitem Engineering, PC
110 South Albany Street
Ithaca, NY 14850-5402


Tech Street


Testo Inc.
40 White Lake Rd
Sparta, NJ 07871


TGI Office Automation
120 3rd Street
Brooklyn, NY 11231

The Allstate Corporation
2775 Sanders Rd.
Ste. 57
Northbrook, IL 60062


The New York Times
620 8th Ave
New York, NY 10018


Thelma Arceo


Time Warner Cable (G)
60 Columbus Circle
New York, NY 10023


TLM Associates LLC
233 Broadway, Ste 702
New York, NY 10007


Toter, LLC
841 Meacham Rd
Statesville, NC 28677


Town of Babylon
200 East Sunrise Highway
Lindenhurst, NY 11757


Traffic Violations Div.


TRS Containers
301 Essex Ave E
Avenel, NJ 07001


Umit T. Sirt


US Composting Counsil
5400 Grosvenor Lane
Bethesda, MD 20814

Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304


Verizon Wireless


Wright Express
225 Gorham Road
South Portland, ME 04106


Xerox Corporation
45 Glover Avenue☐☐
Norwalk, CT 06856


YES Contracting Inc.
12-09 Astoria Blvd.
Astoria, NY 11102

# United States Bankruptcy Court
## Eastern District of New York

In re    **Community Environmental Center, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Community Environmental Center, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 19, 2015**

Date

**/s/ Sanford P. Rosen**

**Sanford P. Rosen (SR-4966)**

Signature of Attorney or Litigant

Counsel for   **Community Environmental Center, Inc.**

**Rosen & Associates, P.C.**
**747 Third Avenue**
**New York, NY 10017-2803**
**(212) 223-1100 Fax:(212) 223-1102**
**srosen@rosenpc.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   **Community Environmental Center, Inc.**               **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE:  _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Sanford P. Rosen** | |
| **Sanford P. Rosen (SR-4966)** | Signature of Pro Se Debtor/Petitioner |
| Signature of Debtor's Attorney | |
| **Rosen & Associates, P.C.** | |
| **747 Third Avenue** | |
| **New York, NY 10017-2803** | Signature of Pro Se Joint Debtor/Petitioner |
| **(212) 223-1100 Fax:(212) 223-1102** | |
| | Mailing Address of Debtor/Petitioner |
| | City, State, Zip Code |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy