**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

In re                                                          Case No. 15-41173-cec

Community Environmental Center, Inc.,          Chapter 11

      Debtor.

----------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York and I am not a party to this proceeding.

On April 21, 2015, I served the Amended Notice of Hearing on the Debtor's Motion (and Motion) for the Entry of an Order Approving (I) a Settlement Agreement by and Among JP Morgan Chase, N.A., Community Environmental Center, Inc., and CEC Stuyvesant Cove, Inc., (II) a Settlement Agreement by and Among Community Environmental Center, Inc., Big Initiatives Incorporated, and CEC Stuyvesant Cove, Inc., (III) the Sale of Certain of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (IV) the Assumption and Assignment of Certain Executory Contracts And Unexpired Leases, and (V) Other Related Relief, upon the parties whose names and addresses are set forth on the service list annexed hereto, by regular first-class mail by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

  Dated:  New York, New York
           April 22, 2015

                                     /s/ Carrie L. Manganiello
                                     Carrie L. Manganiello

### Service List

Office of The United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Marylou Martin, Esq.

Platzer, Swergold, Levine,
  Goldberg, Katz, & Jaslow, LLP
Counsel for JP Morgan Chase
  Bank, NA
475 Park Avenue South, 18th Floor
New York, NY 10016
Attn: Clifford A. Katz, Esq.

Elton LLC
Shinda Management Corp.
2 Elton St.
Brooklyn, NY 11208

35-41 Clarkson LLC
95-04 Delancey St.
New York, NY 10002

739 LLC
739 Dumont Ave.
Brooklyn, NY 11207

A-1 State Inc.
14408 Liberty Avenue
Jamaica, NY 11435-4832

A Heating, Inc.
1841-58th Street
Brooklyn, NY 11204

A Heating, Inc.
c/o Marylou Paolucci & Assoc
16 Trent Lane
Smithtown, NY 11787

Active Air Cooling & Heating
4550 White Plains Rd.
Bronx, NY 10470

ADP, LLC
PO Box 842875
Boston, MA 02284-2874

ADP, LLC
c/o Avadanian & Assoc.
281 Young Harris St., Ste. D
Blairsville, GA 30512-3776

AllState
PO Box 3589
Akron, OH 44309

The AllState Corporation
2775 Sanders Rd., Ste. 57
Northbrok, IL 60062

American Empire Surplus Lines
301 E 4th St # 8
Cincinnati, OH 45202

American Empire Surplus Lines
c/o Winkham Professionals
382 Main St
Salem, NH 03079

Kenneth G. Roberts, Esq.
Law Office of Kenneth G. Roberts,
P.C. Attorney for L&M
  Builders Group LLC
1865 Palmer Avenue, Suite 203
Larchmont, NY 10538

ASK Construction
c/o Kaufman Dolowich Voluck
135 Crossways Park Dr., Suite 201
Woodbury, NY 11797
Attn: Matthew J. Mindero, Esq.

Assc. for Energy Afford.
105 Bruckner Boulevard
Bronx, NY 10454

Assc. of Energy Engineers
3168 Mercer Univ. Dr.
Atlanta, GA 30341

B&C Industries
55 Onderlook Avenue
Ridgewood, NY 11385

Baudville Inc.
5380 52nd St SE
Grand Rapids, MI 49512

Baudville Inc.
c/o Aaron Wordwide Collection
P.O. Box 2805
Grand Rapids MI 49501

Bethel AME Church
60 W 132nd St.
New York, NY 10037

Bollinger Inc.
101 JFK Parkway
Short Hills, NJ 07078

Bollinger Inc.
PO Box 28671
New York, NY 10087

Canarsie Coalition
Bay Shore Community Center
5955 Shore Parkway
Brooklyn, NY 11234

Cassone
1950 Lakeland Ave
Ronkonkoma, NY 11779

CEC Stuyvesant Cove, Inc.
37 West 26th Street
Suite 209
New York, NY 10010

Color Edge, Inc.
127 W. 30th Street
New York, NY 10001

Cornell University
PO Box 22
Ithaca, NY 14851-0022
Attn: Kimberly Fenner

Cornell University
c/o Office of Univ Counsel
300 CCC Building
Garden Avenue
Ithaca, NY 14853

Crystal Window & Door Sys
31-10 Whitestone Expwy
Flushing, NY 11354

Cypress Corners
625 Jamaica Ave
Brooklyn, NY 11208

Cypress Courts Associates
296 Jerome Street
Brooklyn, NY 11207

Cypress Hills LDC
625 Jamaica Avenue
Brooklyn, NY 11208

Damage Recovery Unit
P.O. Box 405738
Atlanta, GA 30384-5738

Dell Marketing LP
One Dell Way
MS RR8-07
Round Rock, TX 78682

Doherty Bread
7 Pearl Court
Allendale, NJ 07401

Dual Purpose Corporation
33-11 Francis Lewis Blvd.
Flushing, NY 11358

Dual Purpose Corporation
c/o C. Tech Collections
P.O. Box 402
Mount Sinai, NY 11766

E&M Sales Inc.
1201 Broadway
Ste. 308
New York, NY 10001

Eagle Insulation
47-25 27th Street
Long Island City, NY 11101

Elston Houses, Inc.
630 Howard Avenue
Brooklyn, NY 11212

Enterprise Rent-A-Car
600 Corporate Park Dr
Saint Louis, MO 63105

Farmers Insurance Group
4680 Wilshire Blvd
Los Angeles, CA 90010

FedEx
3878 Airways, Module H3
Department 4634
Memphis, TN 38116

General Insulation Co.
278 Mystic Ave.
Suite 209
Medford, MA 02155

Gold Protective Systems
41 E Main St #2
Freehold, NJ 07728

H&L Heating Supply
1077 Coney Island Ave
Brooklyn, NY 11230

H&L Heating Supply
c/o Rabinowitz & Galina
94 Willis Avenue
Mineola, NY 11501

HDR Engineering, Inc.
1 Blue Hill Plaza
PO Box 1509
Pearl River, NY 10965

Home Depot
PO Box 9055
Dept 32-2501211506
Des Moines, IA 50368

IDVILLE
5380 52nd Street
Grand Rapids, MI 49512

Iiya Geller
958 Nugent Avenue
Staten Island, NY 10306

Independence Residences
93-22 Jamaica Ave., 2 FL
Woodhaven, NY 11421

Attorney General of the State of
  New York
Attorney for the NYS Dept. of
Taxation & Finance
120 Broadway, 24th Floor
New York, NY 10271
Attn: Paulina Stamatelos, Esq.

Javed Ashraf
15 Marigold Court
Holtsville, NY 11742

Jewish Child Care Assoc.
858 E. 29th Street
Brooklyn, NY 11210

Joseph Edelstein
1159 39th Street
Brooklyn, NY 11218

LEAF
P.O. Box 644006
Cincinnati, OH 45264

LEAF
GB Collects, LLC
145 Bradford Dr.
West Berlin, NJ 08091-9269

Local 10
10-54 47th Avenue
Long Island City, NY 11101

Lorman Education Svc
2510 Alpine Road
Eau Claire, WI 54703

Magic Pest Mgmt., LLC
5901 Kissena Blvd
Flushing, NY 11355

Megapath
6800 Koll Center Parkway
Suite 200
Pleasanton, CA 94566

Megapath
c/o Goldman, Evans & Trammell
10323 Cross Creek Blvd. F
Tampa, FL 33647

Meller Electric Inc.
2529 Atlantic Avenue
Brooklyn, NY 11207

Metlife Group
200 Park Avenue
New York, NY 10166

MHANY Management, Inc.
2-4 Nevins St.
Brooklyn, NY 11217

MTA Bridges & Tunnels
Randall's Island
Attn: James Ferrara
New York, NY 10035-0035

MXM Contractors
35 Van Brunt Rd.
Far Rockaway, NY 11693

Network Tier, Inc.
54 Lerer Lane
Staten Island, NY 10307

New Penn Motor Express
5860 Page Place
Maspeth, NY 11378

New York Heating
354 Humboldt St.
Brooklyn, NY 11211

New York State Insr. Fund
99 Church Street
New York, NY 10007

Noel Collado
38 Autumn Avenue
Brooklyn, NY 11208

NYC Dept. of Finance
66 John Street
New York, NY 10038

NYC Dept. of Finance
School Zone Camera Unit
66 John St. Rm 104
New York, NY 10038

NYC Water Board
59-17 Junction Blvd., 8th Fl.
Elmhurst, NY 11373

NYP Holdings, Inc.
c/o Rhett A. Frimet, P.C.
10 East 40th St., 46th Floor
New York, NY 10016

NYS Depart. of Tax and Finance
Attn: Office of Counsel
Bld. 9, WA Harriman Camp.
Albany, NY 12227

O'Connor Davies, LLP
665 Fifth Avenue
New York, NY 10022

Office Depot
6600 North Military Trail
Boca Raton, FL 33496

Pacific Mgmt. Group Corp.
744 Coney Island Avenue
Brooklyn, NY 11218

Paetec
225 W 34th St
New York, NY 10122

Palace Plumbing & Heating
13 W 24th Street
New York, NY 10010

Parma Tile Mosaic & Marble Co.
29-10 14th St.
Astoria, NY 11102

PB Prop. & Construction
394 Hinsdale St.
Brooklyn, NY 11207

Quinn Emanuel Urquhart &
  Sullivan, LLP
Attorneys for CEC Stuyvesant Cove
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: Daniel Holzman, Esq.

PC Richard & Son, Inc.
c/o Certilman Balin Alder
90 Merrick Avenue
East Meadow, NY 11554
Attn: James A. Rose, Esq.

Performance Systems Dev.
124 Brindley Street
Ithaca, NY 14850

Philadelphia Parking Auth.
2415 S Swanson St # 1
Philadelphia, PA 19148

Phillips Construction Grp
1020 East 85th St.
Brooklyn, NY 11236

Pinkerton
61 Broadway
New York, NY 10006

Pitney Bowes Inc.
3001 Summer St.
Stamford, CT 06926

Power Survey & Control Co
2 Cooper Avenue
Rensselaer, NY 12144

Printing Press
137 South 8th Street
Brooklyn, NY 11211

Prof. Engin. Review C.
1250 Fifth Ave.
Belmont, CA 94002

Progressive Business Pub.
370 Technology Dr.
Malvern, PA 19355

Project Energy Savers LLC
68 Jay Street, Suite 516
Brooklyn, NY 11201

Ridgewood Bushwick SCC
220 Irving Ave
Brooklyn, NY 11237

Riverdale Electrical Svc.
421 Bruckner Blvd.
Bronx, NY 10455

RS Means
700 Longwater Drive
Norwell, MA 02061

Runway Tire Svc. Co Inc.
41-15 19th Ave
Astoria, NY 11105

Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022

Sears Commerical
3333 Beverly Road
Hoffman Estates, IL 60179

Selah Realty, LLC
619 Eastern Pkwy
Brooklyn, NY 11213

Snack Time Svcs. Inc.
115 C Marine Street
Farmingdale, NY 11735

Standard Pest Management
2580 Steinway St
Astoria, NY 11103

Staples Advantage
500 Staples Drive
Framingham, MA 01702

Staples Advantage
c/o Receivable Management Svc.
4836 Brecksville Rd.
P.O. Box 523
Richfield, OH 44286

Realty Management Co.
65 9th Street
Brooklyn, NY 11215

Sterling Last Real Estate
c/o Himmelstein McConnell
  Gribben Donoghue & Joseph
15 Maiden Lane, 17th Floor
New York, NY 10038

Sunshine Heating
104-73 165th St.
Jamaica, NY 11433

Susan Kaplan
27 Prospect Park West, #3B
Brooklyn, NY 11215-1706

Sustainable Generation LLC
110 South Poplar St., Ste. 400
Wilmington, DE 19801

Tailors Nest, LLC
619 Eastern Parkway
Brooklyn, NY 11213

Taitem Engineering, PC
110 South Albany Street
Ithaca, NY 14850-5402

Tech Street
632 Broadway, 10th Floor
New York, NY 10012

Testo Inc.
40 White Lake Rd
Sparta, NJ 07871

TGI Office Automation
120 3rd Street
Brooklyn, NY 11231

The New York Times
620 8th Ave
New York, NY 10018

Tierney & Courtney
58-42 Maspeth Ave
Maspeth, NY 11378-0539

Time Warner Cable (G)
60 Columbus Circle
New York, NY 10023

TLM Associates LLC
233 Broadway, Ste 702
New York, NY 10007

Town of Babylon
200 East Sunrise Highway
Lindenhurst, NY 11757

Traffic Violations Div.
Plea Unit
P.O. Box 2950-ESP
Albany, NY 12220

Umit T. Sirt
411 West Greeen St
Ithaca, NY 14850

Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304

Verizon
c/o CBE Group, Inc.
Payment Processing Ctr.
P.O. Box 2594
Waterloo, IA 50704-2594

Verizon Wireless
2701 S. Johnson Street
MC-TXD01613
San Angelo, TX 76904

Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408

Windstream Communications
c/o Brown Joseph
P.O. Box 59838
Schaumburg, IL 60159

Wright Express
225 Gorham Road
South Portland, ME 04106

Wright Express
c/o Greenberg, Grant & Richards, Inc.
5858 Westheimer, Ste 500
P.O. Box 571811
Houston, TX 77257-1811

Xerox Corporation
45 Glover Avenue
Norwalk, CT 06856

Xerox Corporation
c/o JSD Management Inc.
1283 College Park Dr.
Dover, DE 19904-8713

YES Contracting Inc.
12-09 Astoria Blvd.
Astoria, NY 11102

ZIPCAR Inc.
c/o Transworld Systems
P.O. Box 1520
Wilmington, DE 19850-5520

JASA Housing Management
Services for the Aged
3601 Surf Avenue
Coney Island, NY 11224

JASA Housing Management
Services for the Aged
161 Corbin Street
Brooklyn, NY 11235

Crystal Window & Door Systems
c/o Coface North American
  Insr. Co.
50 Millstone Rd., Bldg. 100
Ste 360
East Windsor, NJ 08520