| | |
|---|---|
| ARCHER & GREINER, P.C.<br>Allen G. Kadish<br>1211 Avenue of the Americas, Suite 2750<br>New York, New York 10036<br>Telephone: (212) 682-4940<br>Email: akadish@archerlaw.com<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors* | Hearing Date:  August 17, 2020<br>Hearing Time:  4:00 p.m. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>COMMUNITY ENVIRONMENTAL CENTER INC.,<br>d/b/a BUILD IT GREEN! NYC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-41173 (CEC) |

-----------------------------------------------------------------x

### RESPONSE OF THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS TO THE MOTION OF THE
### UNITED STATES TRUSTEE TO DISMISS THIS CHAPTER 11 CASE
### OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 CASE TO CHAPTER 7

The Official Committee of Unsecured Creditors of Community Environmental Center, Inc. d/b/a Build It Green! NYC (the "**Committee**") by and through its undersigned attorneys, hereby submits this statement in response to the *Motion of the United States Trustee to Dismiss This Chapter 11 Case or, in the Alternative, Convert Chapter 11 Case to Chapter 7* [Docket No. 351], filed by the Office of the United States Trustee.

1. On March 19, 2015, Community Environmental Center Inc., d/b/a Built It Green! NYC (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of New York.

2. On April 23, 2015, the United States Trustee appointed the Committee.

3.  On July 8, 2018, after protracted litigation, negotiation and mediation, the Court entered the *Stipulation and Order Approving Mediated Global Settlement* [Docket No. 330] (the "**Global Settlement**"), approving certain settlements between the Committee, the Debtor, and the Debtor's affiliates, officer and directors, resolving causes of action on behalf of the Debtor's estate.

4.  Pursuant to the Global Settlement, distributions were to be made by the Debtor to the Debtor's unsecured creditors, administrative professionals, government entities and the United States Trustee.

5.  Pursuant to Exhibit C of the Global Settlement, returned distributions to unsecured creditors and any other remnant cash of the Debtor's estate shall be re-issued *pro rata* to the administrative creditors.

6.  The undersigned counsel has been in periodic contact with counsel for the Debtor. We are informed by counsel for the Debtor that principal distributions were made timely, and all that remains is for re-distribution of any returned distributions, pursuant to Exhibit C of the Global Settlement.

7.  No other material activity remains in the case. Once final re-distributions are made, the case will be resolved.

8.  All rights of the Committee and the undersigned are reserved.

Dated: New York, New York  
August 12, 2020

ARCHER & GREINER, P.C.

By: _____  
Allen G. Kadish  
1211 Avenue of the Americas, Suite 2750  
New York, New York 10036  
Telephone: (212) 682-4940  
Email: akadish@archerlaw.com

*Counsel for the Official Committee  
of Unsecured Creditors*

219059633v1