ARCHER & GREINER, P.C.
Allen G. Kadish
1211 Avenue of the Americas, Suite 2750
New York, New York 10036
Telephone: (212) 682-4940
Email: akadish@archerlaw.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| COMMUNITY ENVIRONMENTAL CENTER INC., d/b/a BUILD IT GREEN! NYC, | Case No. 15-41173 (CEC) |
| Debtor. | |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Allen G. Kadish, being duly admitted to practice in New York State and before the Eastern District of New York, hereby certifies that on August 12, 2020, he caused to be served true and correct copies of the *Response of the Official Committee of Unsecured Creditors to the Motion of the United States Trustee to Dismiss this Chapter 11 Case or, in the Alternative, Convert Chapter 11 Case to Chapter 7* [Docket No. 354], by electronic mail on the parties identified on the service list attached as Exhibit A.

Allen G. Kadish, being duly admitted to practice in New York State and before the Eastern District of New York, further certifies that on August 13, 2020, he caused to be served true and correct copies of the *Response of the Official Committee of Unsecured Creditors to the Motion of the United States Trustee to Dismiss this Chapter 11 Case or, in the Alternative, Convert Chapter 11 Case to Chapter 7* [Docket No. 354], by regular first class mail on the parties identified on the service list attached as Exhibit B.

Dated: August 14, 2020

                                                                           Allen G. Kadish

**Exhibit A**
**Service List**

Rachel.Wolf@usdoj.gov
srosen@rosenpc.com

**Exhibit B**
**Service List**

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
Attn: Rachel Wolf, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Community Environmental Center, Inc.
c/o Rosen & Associates, P.C.
Attn: Sanford P. Rosen, Esq.
747 Third Avenue
New York, NY 10017

219109430v1