**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

                                                                  Chapter 11

COMMUNITY ENVIRONMENTAL CENTER, INC.,    Case No. 15–41173 (CEC)
d/b/a BUILD IT GREEN! NYC,

                Debtor.
------------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED             Adv. Pro. No. 15-01166 (CEC)
CREDITORS OF COMMUNITY
ENVIRONMENTAL CENTER INC.,
d/b/a BUILD IT GREEN! NYC,

                Plaintiff,
      v.

RICHARD M. CHERRY,

                Defendant.
------------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED             Adv. Pro. No. 17-01035 (CEC)
CREDITORS OF COMMUNITY
ENVIRONMENTAL CENTER INC.,
d/b/a BUILD IT GREEN! NYC,

                Plaintiff,
      v.
RICHARD M. CHERRY, LAWRENCE GRAHAM,
KAREN L. OUTLAW AND KENNETH L. DANIELS,

                Defendants.
------------------------------------------------------------------x

**DECLARATION OF SANFORD P. ROSEN IN SUPPORT OF PROPOSED**
<u>**ORDER DISMISSING CHAPTER 11 CASE AND ADVERSARY PROCEEDINGS**</u>

Case 1-15-41173-cec    Doc 376    Filed 09/23/20    Entered 09/23/20 17:58:10

2

Pursuant to 28 U.S.C. § 1746, Sanford P. Rosen declares as follows:

1. I am the principal shareholder of Rosen & Associates, P.C., have knowledge and information about the chapter 11 case of Community Environmental Center, Inc., d/b/a Build It Green! NYC, the above-captioned debtor and debtor in possession, and submit this declaration in support of the entry of the proposed order dismissing this chapter 11 case and related adversary proceedings, noticed for presentment on September 8, 2020 [Doc. No. 373].

2. Attached hereto as *Exhibit A*, is a true and accurate copy of the schedule of distributions made pursuant to the "so-ordered" *Stipulation and Order Approving Mediated Global Settlement* [Doc. No. 330].

Dated: New York, New York
September 23, 2020

/s/ *Sanford P. Rosen*
Sanford P. Rosen