# EXHIBIT A

## IN RE COMMUNITY ENVIRONMENTAL CENTER, INC., CHAPTER 11 CASE NO. 15-41173 (CEC)
### DISBURSEMENTS TO CREDITORS AND ADMINISTRATIVE PROFESSIONALS

| Proof of Claim Number (Unsecured) | Creditor Name | Administrative | Secured | Priority | General Unsecured | Treatment | Proposed Distribution | Distribution | Payment Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance | $ - | $467,379.46 | $ 10,865.63 | $ - | Per Tax Stipulation | $ 394,434.48 | $ 394,434.48 | Paid Ck. No. 4170 |
| 2 | Crystal Window & Door Systems, LTD | $ - | $ - | $ - | $ 27,022.53 | 2% Distribution on Unsecured Claim | $ 540.45 | $ 540.45 | Paid Ck No. 4187 |
| 3 | Riverdale Electrical Services | $ - | $ - | $ - | 383,307.03 | 2% Distribution on Unsecured Claim | $ 7,666.14 | $ 7,666.14 | Paid Ck. No. 4168 |
| 4 | Snack Time Svcs. Inc. | $ - | $ - | $ 1,260.00 | $ - | Claim Reclassified to General Unsecured Claim Per Order [Docket No. 314]; 2% Distribution on Unsecured Claim | $ 25.20 | $ 25.20 | Paid Ck. No. 4169 |
| 5 | L&M Builders Group LLC | $ - | $ - | $ - | $ 23,034.10 | 2% Distribution on Unsecured Claim | $ 460.68 | $ 460.68 | Paid Ck. No. 4165 |
| 6 | Internal Revenue Service | $ - | $ - | $1,096.24 | $ 3,490.85 | 2% Distribution on Unsecured Claim plus payment in full on priority claim | $ 1,166.06 | $ 1,166.06 | Paid Ck. No. 4161 |
| 7 | American Empire Surplus Lines Insurance Co. | $ - | $ - | $ - | $ 55,053.43 | 2% Distribution on Unsecured Claim | $ 1,101.07 | $ 1,101.07 | Paid Ck. No. 4154 |
| 8 | P.C. Richard & Son Long Island Corporation | $ - | $ - | $ - | $ 15,432.00 | 2% Distribution on Unsecured Claim | $ 308.64 | $ 308.64 | Paid Ck. No. 4167 |
| 9 | Doherty Bread LLC | $ - | $ - | $ - | $ 2,397.07 | 2% Distribution on Unsecured Claim | $ 47.94 | $ 47.94 | Paid Ck. No. 4158 |
| 10 | Con Edison | $ - | $ - | $ - | $ 841.73 | 2% Distribution on Unsecured Claim | $ 16.83 | $ 16.83 | Paid Ck. No. 4155 |
| 11 | Xerox Corporation | $ - | $ - | $ - | $ 15,420.47 | 2% Distribution on Unsecured Claim | $ 308.41 | $ 308.41 | Paid Ck. No. 4162 |
| 12 | Paymentech, LLC | $ - | $ - | $ - | $ 1.00 | Claim Disallowed Per Order [Docket No. 312] | $ - | $ - | |
| 13 | Dartiny Wadler | $ - | $ - | $ - | $ 2,000,000.00 | Claim Disallowed Per Order [Docket No. 313] | $ - | $ - | |
| 14 | A.F. Supply Corp. | $ - | $ - | $ - | $ 1,685.75 | 2% Distribution on Unsecured Claim | $ 33.72 | $ 33.72 | Paid Ck. No. 4153 |
| 15 | Cornell University | $ - | $ - | $ - | 108,267.79 | 2% Distribution on Unsecured Claim | $ 2,165.36 | $ 2,165.36 | Paid Ck. No. 4157 |
| 16 | A.S.K. Construction | $ - | $ - | $ - | 2,053,672.84 | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 17 | H&L Heating Supply | $ - | $ - | $ - | $ 2,472.74 | 2% Distribution on Unsecured Claim | $ 49.45 | $ 49.45 | Paid Ck. No. 4160 |
| 18 | New York Heating Corporation | $ - | $ - | $ - | $ 56,124.60 | 2% Distribution on Unsecured Claim | $ 1,122.49 | $ 1,122.49 | Paid Ck. No. 4166 |
| 19 | Christopher J. Collins | $ - | $ - | $ - | $ 2,000,000.00 | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 20 | Ellen Witzling Roff | $ - | $ - | $ - | $ 2,000,000.00 | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 21 | New York State Department of Taxation & Finance | $ - | $ - | $ 3,249.39 | $ - | Per Tax Stipulation; payment referenced above [Claim No. 1] | $ - | $ - | |
| 22 | Richard Cherry | $ - | $ - | $ - | $ - | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 23 | 3462 Third Avenue Owner Realty LLC | $ - | $ - | $ - | $ 20,000.00 | 2% Distribution on Unsecured Claim | $ 400.00 | $ 400.00 | Paid Ck. No. 4047 |
| 24 | Dual Purpose Corporation | $ - | $ - | $ - | 900.00 | Distribution on Unsecured Claim | $ 18.00 | $ 18.00 | Paid Ck. No. 4159 |
| 25 | Justin Green | $ - | $ - | $ - | $ - | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 26 | State of New York Department of Labor | $ - | $ - | $ 124.41 | $ - | Payment in full on priority claim | $ 124.41 | $ 124.41 | Paid Ck. No. 4163 |
| 27 | Karen L. Outlaw | $ - | $ - | $ - | $ - | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 28 | Gregory P. Pressman | $ - | $ - | $ - | $ - | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 29 | Donald H. Elliot | $ - | $ - | $ - | $ - | Claim waived pursuant to Settlement Agreement | $ - | $ - | |
| 30 | State of New York Department of Labor | $ 8,442.92 | $ - | $ - | $ - | Administrative expense claim to be paid in full. | $ 8,442.92 | $ 8,442.92 | Paid Ck. No. 4164 |
| Schedule | Creditor Name | Administrative | Secured | Priority | General Unsecured | Treatment | Proposed Distribution | Distribution | |
| D | JP Morgan Chase Bank | $ - | $ 1,812,777.00 | $ - | $ - | Claim satisfied pursuant to 363 sale | $ - | $ - | |
| D | LEAF | $ - | $ 50,424.32 | $ - | $ - | No property exists securing the claim. To the extent collateral exists, the lien rides through. The claim will be paid as an unsecured claim. See below. | $ - | $ - | |
| D | NYS Department of Tax and Finance | $ - | $ 452,864.00 | $ - | $ - | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | 2 Elton LLC/Shinda Management Corp. | $ | $ | $ | $ 2,800.00 | 2% Distribution on Unsecured Claim | $ 56.00 | $ 56.00 | Returned - insufficent address Ck No. 4046** |
| F | 35-41 Clarkson LLC | $ | $ | $ | $ 9,911.13 | 2% Distribution on Unsecured Claim | $ 198.22 | $ 198.22 | Paid Ck. No. 4048 |
| F | 739 LLC | $ | $ | $ | $ 1,622.00 | 2% Distribution on Unsecured Claim | $ 32.44 | $ 32.44 | Stop Payment issued 10/17/19 Ck No. 4049* |
| F | A-1 State Inc. | $ | $ | $ | $ 14,149.10 | 2% Distribution on Unsecured Claim | $ 282.98 | $ 282.98 | Stop Payment issued 10/17/19 Ck No. 4050* |
| F | A. Heating, Inc. | $ | $ | $ | $ 4,240.00 | 2% Distribution on Unsecured Claim | $ 84.80 | $ 84.80 | Paid Ck. No. 4051 |
| F | A.F. Supply Corp. | $ | $ | $ | Unknown | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |

1

*Check not cashed, a stop payment was issued on 10/17/19. Total amount of stop payment checks $2,564.25.
**Check returned due to insuffienct address. Total amount of checks returned $1,493.68.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| F | Active Air Cooling & Heating | $ | $ | $ | $ | 5,150.00 | 2% Distribution on Unsecured Claim | $ 103.00 | $ 103.00 | Stop Payment issued 10/17/19 Ck No. 4052* |
| F | ADP, LLC | $ | $ | $ | $ | 34,819.50 | 2% Distribution on Unsecured Claim | $ 696.39 | $ 696.39 | Paid Ck. No. 4053 |
| F | AllState | $ | $ | $ | $ | 37,355.53 | 2% Distribution on Unsecured Claim | $ 747.11 | $ 747.11 | Stop Payment issued 10/17/19 Ck No. 4054* |
| F | Amer. Emp. Surplus Lines | $ | $ | $ | $ | 55,053.43 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | ASK Construction | $ | $ | $ | $ | 1,958,579.00 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | Assoc. for Energy Afford. | $ | $ | $ | $ | 16,130.00 | 2% Distribution on Unsecured Claim | $ 322.60 | $ 322.60 | Paid Ck. No. 4055 |
| F | Assc. Of Energy Engineers | $ | $ | $ | $ | 2,320.00 | 2% Distribution on Unsecured Claim | $ 46.40 | $ 46.40 | Paid Ck. No. 4056 |
| F | B&C Industries | $ | $ | $ | $ | 1,250.00 | 2% Distribution on Unsecured Claim | $ 25.00 | $ 25.00 | Paid Ck. No. 4057 |
| F | Baudville Inc. | $ | $ | $ | $ | 704.19 | 2% Distribution on Unsecured Claim | $ 14.08 | $ 14.08 | Paid Ck. No. 4058 |
| F | Bethel AME Church | $ | $ | $ | $ | 300.00 | 2% Distribution on Unsecured Claim | $ 6.00 | $ 6.00 | Paid Ck. No. 4059 |
| F | Bollinger Inc. | $ | $ | $ | $ | 19,173.68 | 2% Distribution on Unsecured Claim | $ 383.47 | $ 383.47 | Returned - insufficent address Ck No. 4060** |
| F | Canarsie Coalition | $ | $ | $ | $ | 500.00 | 2% Distribution on Unsecured Claim | $ 10.00 | $ 10.00 | Returned - insufficent address Ck No. 4061** |
| F | Cassone | $ | $ | $ | $ | 1,300.00 | 2% Distribution on Unsecured Claim | $ 26.00 | $ 26.00 | Paid Ck. No. 4062 |
| F | Color Edge Inc. | $ | $ | $ | $ | 425.00 | 2% Distribution on Unsecured Claim | $ 8.50 | $ 8.50 | Paid Ck. No. 4063 |
| F | Cornell University | $ | $ | $ | $ | 61,863.18 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | Crystal Window & Door Sys | $ | $ | $ | $ | 26,571.87 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | Cypress Corners | $ | $ | $ | $ | 255.00 | 2% Distribution on Unsecured Claim | $ 5.10 | $ 5.10 | Paid Ck. No. 4064 |
| F | Cypress Courts Associates | $ | $ | $ | $ | 250.00 | 2% Distribution on Unsecured Claim | $ 5.00 | $ 5.00 | Returned - insufficent address Ck No. 4065** |
| F | Cypress Hills LDC | $ | $ | $ | $ | 646.98 | 2% Distribution on Unsecured Claim | $ 12.94 | $ 12.94 | Paid Ck. No. 4066 |
| F | Damage Recovery Unit | $ | $ | $ | $ | 1,257.56 | 2% Distribution on Unsecured Claim | $ 25.15 | $ 25.15 | Paid Ck. No. 4067 |
| F | Dell Marketing LP | $ | $ | $ | $ | 2,441.98 | 2% Distribution on Unsecured Claim | $ 48.84 | $ 48.84 | Paid Ck. No. 4068 |
| F | Doherty Bread | $ | $ | $ | $ | 1,588.71 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | Dual Purpose Corporation | $ | $ | $ | $ | 900.00 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | E&M Sales Inc. | $ | $ | $ | $ | 600.00 | 2% Distribution on Unsecured Claim | $ 12.00 | $ 12.00 | Paid Ck. No. 4069 |
| F | Eagle Insulation | $ | $ | $ | $ | 4,345.01 | 2% Distribution on Unsecured Claim | $ 86.90 | $ 86.90 | Paid Ck. No. 4070 |
| F | Elston Houses, Inc. | $ | $ | $ | $ | 2,460.75 | 2% Distribution on Unsecured Claim | $ 49.22 | $ 49.22 | Returned - insufficent address Ck No. 4071** |
| F | Enterprise Rent-a-Car | $ | $ | $ | $ | 1,134.56 | 2% Distribution on Unsecured Claim | $ 22.69 | $ 22.69 | Paid Ck. No. 4072 |
| F | Farmers Insurance Group | $ | $ | $ | $ | 4,020.38 | 2% Distribution on Unsecured Claim | $ 80.41 | $ 80.41 | Returned - insufficent address Ck No. 4073** |
| F | FedEx | $ | $ | $ | $ | 334.06 | 2% Distribution on Unsecured Claim | $ 6.68 | $ 6.68 | Paid Ck. No. 4074 |
| F | General Insuation Co. | $ | $ | $ | $ | 1,212.80 | 2% Distribution on Unsecured Claim | $ 24.26 | $ 24.26 | Paid Ck. No. 4075 |
| F | Gold Protective Systems | $ | $ | $ | $ | 1,517.95 | 2% Distribution on Unsecured Claim | $ 30.36 | $ 30.36 | Paid Ck. No. 4076 |
| F | H&L Heating Supply | $ | $ | $ | $ | 2,472.74 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | HDR Engineering Inc. | $ | $ | $ | $ | 13,056.11 | 2% Distribution on Unsecured Claim | $ 261.12 | $ 261.12 | Returned - insufficent address Ck No. 4077** |
| F | Home Depot | $ | $ | $ | $ | 13,408.29 | 2% Distribution on Unsecured Claim | $ 268.17 | $ 268.17 | Returned - insufficent address Ck No. 4078** |
| F | IDVILLE | $ | $ | $ | $ | 704.19 | 2% Distribution on Unsecured Claim | $ 14.08 | $ 14.08 | Paid Ck. No. 4079 |
| F | Iiya Geller | $ | $ | $ | $ | 380.00 | 2% Distribution on Unsecured Claim | $ 7.60 | $ 7.60 | Paid Ck. No. 4080 |
| F | Independence Residences | $ | $ | $ | $ | 1,193.00 | 2% Distribution on Unsecured Claim | $ 23.86 | $ 23.86 | Paid Ck. No. 4081 |
| F | JASA Housing Management | $ | $ | $ | $ | 2,000.00 | 2% Distribution on Unsecured Claim | $ 40.00 | $ 40.00 | Stop Payment issued 10/17/19 Ck No. 4082* |
| F | Javed Ashraf | $ | $ | $ | $ | 1,200.00 | 2% Distribution on Unsecured Claim | $ 24.00 | $ 24.00 | Paid Ck. No. 4083 |
| F | Jessica Roff | $ | $ | $ | $ | 4,427.50 | 2% Distribution on Unsecured Claim | $ 88.55 | $ 88.55 | Paid Ck. No. 4084 |
| F | Jewish Child Care Assoc. | $ | $ | $ | $ | 25.68 | 2% Distribution on Unsecured Claim | $ 0.51 | $ 0.51 | Paid Ck. No. 4085 |
| F | Joseph Edelstein | $ | $ | $ | $ | 4.00 | 2% Distribution on Unsecured Claim | $ 0.08 | $ 0.08 | Stop Payment issued 10/17/19 Ck No. 4086* |
| F | L&M Builders Group | $ | $ | $ | $ | 22,831.92 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | LEAF | $ | $ | $ | $ | 50,424.32 | 2% Distribution on Unsecured Claim | $ 1,008.49 | $ 1,008.49 | Paid Ck. No. 4087 |
| F | Litchfield Cavo | $ | $ | $ | $ | 3,877.50 | 2% Distribution on Unsecured Claim | $ 77.55 | $ 77.55 | Stop Payment issued 10/17/19 Ck No. 4088* |

*Check not cashed, a stop payment was issued on 10/17/19. Total amount of stop payment checks $2,564.25.
**Check returned due to insuffienct address. Total amount of checks returned $1,493.68.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| F | Local 10 | $ | $ | $ | $ | 11,859.39 | 2% Distribution on Unsecured Claim | $ 237.19 | $ 237.19 | Returned - insufficent address Ck No. 4089** |
| F | Lorman Education Svc | $ | $ | $ | $ | 369.00 | 2% Distribution on Unsecured Claim | $ 7.38 | $ 7.38 | Paid Ck. No. 4090 |
| F | Magic Pest Mgmt., LLC | $ | $ | $ | $ | 936.33 | 2% Distribution on Unsecured Claim | $ 18.73 | $ 18.73 | Paid Ck. No. 4091 |
| F | Megapath | $ | $ | $ | $ | 3,354.23 | 2% Distribution on Unsecured Claim | $ 67.08 | $ 67.08 | Paid Ck. No. 4092 |
| F | Meller Electric Inc. | $ | $ | $ | $ | 575.36 | 2% Distribution on Unsecured Claim | $ 11.51 | $ 11.51 | Stop Payment issued 10/17/19 Ck No. 4093* |
| F | Metlife Group | $ | $ | $ | $ | 4,246.40 | 2% Distribution on Unsecured Claim | $ 84.93 | $ 84.93 | Paid Ck. No. 4094 |
| F | MHANY Management, Inc. | $ | $ | $ | $ | 250.00 | 2% Distribution on Unsecured Claim | $ 5.00 | $ 5.00 | Paid Ck. No. 4095 |
| F | MTA Bridges & Tunnels | $ | $ | $ | $ | 55.00 | 2% Distribution on Unsecured Claim | $ 1.10 | $ 1.10 | Paid Ck. No. 4096 |
| F | MXM Contractors | $ | $ | $ | $ | 14,264.99 | 2% Distribution on Unsecured Claim | $ 285.30 | $ 285.30 | Paid Ck. No. 4097 |
| F | Network Tier, Inc. | $ | $ | $ | $ | 10,245.00 | 2% Distribution on Unsecured Claim | $ 204.90 | $ 204.90 | Paid Ck. No. 4098 |
| F | New Penn Motor Express | $ | $ | $ | $ | 257.35 | 2% Distribution on Unsecured Claim | $ 5.15 | $ 5.15 | Paid Ck. No. 4099 |
| F | New York Heating | $ | $ | $ | $ | 65,399.60 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | New York State Insr. Fund | $ | $ | $ | $ | 17,754.34 | 2% Distribution on Unsecured Claim | $ 355.09 | $ 355.09 | Paid Ck. No. 4100 |
| F | Noel Collado | $ | $ | $ | $ | 63.00 | 2% Distribution on Unsecured Claim | $ 1.26 | $ 1.26 | Paid Ck. No. 4101 |
| F | NYC Dept of Finance | $ | $ | $ | $ | 2,895.90 | 2% Distribution on Unsecured Claim | $ 57.92 | $ 57.92 | Paid Ck. No. 4103 |
| F | NYC Dept of Finance/School Zone Camera Unit | $ | $ | $ | $ | 50.00 | 2% Distribution on Unsecured Claim | $ 1.00 | $ 1.00 | Paid Ck. No. 4102 |
| F | NYC Water Board | $ | $ | $ | $ | 244.21 | 2% Distribution on Unsecured Claim | $ 4.88 | $ 4.88 | Stop Payment issued 10/17/19 Ck No. 4104* |
| F | NYP Holdings | $ | $ | $ | $ | 6,491.29 | 2% Distribution on Unsecured Claim | $ 129.83 | $ 129.83 | Paid Ck. No. 4105 |
| F | O'Connor Davies, LLP | $ | $ | $ | $ | 104,500.00 | 2% Distribution on Unsecured Claim | $ 2,090.00 | $ 2,090.00 | Paid Ck. No. 4106 |
| F | Office Depot | $ | $ | $ | $ | 1,218.00 | 2% Distribution on Unsecured Claim | $ 24.36 | $ 24.36 | Paid Ck. No. 4107 |
| F | Pacific Mgmt. Group Corp. | $ | $ | $ | $ | 3,202.70 | 2% Distribution on Unsecured Claim | $ 64.05 | $ 64.05 | Paid Ck. No. 4108 |
| F | Paetec | $ | $ | $ | $ | 6,042.52 | 2% Distribution on Unsecured Claim | $ 120.85 | $ 120.85 | Returned - insufficent address Ck No. 4109** |
| F | Palace Plumbing & Heating | $ | $ | $ | $ | 155.35 | 2% Distribution on Unsecured Claim | $ 3.11 | $ 3.11 | Paid Ck. No. 4110 |
| F | Parma Tile Mosaic | $ | $ | $ | $ | 56,718.00 | 2% Distribution on Unsecured Claim | $ 1,134.36 | $ 1,134.36 | Stop Payment issued 10/17/19 Ck No. 4111* |
| F | PB Prop. & Construction | $ | $ | $ | $ | 1,800.00 | 2% Distribution on Unsecured Claim | $ 36.00 | $ 36.00 | Stop Payment issued 10/17/19 Ck No. 4112* |
| F | PC Richard & Son, Inc. | $ | $ | $ | $ | 9,991.00 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | Performance Systems Dev. | $ | $ | $ | $ | 1,065.00 | 2% Distribution on Unsecured Claim | $ 21.30 | $ 21.30 | Paid Ck. No. 4113 |
| F | Philadelphia Parking Auth | $ | $ | $ | $ | 30.00 | 2% Distribution on Unsecured Claim | $ 0.60 | $ 0.60 | Stop Payment issued 10/17/19 Ck No. 4114* |
| F | Phillips Construction Grp | $ | $ | $ | $ | 3,825.22 | 2% Distribution on Unsecured Claim | $ 76.50 | $ 76.50 | Stop Payment issued 10/17/19 Ck No. 4115* |
| F | Pinkerton | $ | $ | $ | $ | 75.00 | 2% Distribution on Unsecured Claim | $ 1.50 | $ 1.50 | Stop Payment issued 10/17/19 Ck No. 4116* |
| F | Pitney Bowes Inc. | $ | $ | $ | $ | 373.50 | 2% Distribution on Unsecured Claim | $ 7.47 | $ 7.47 | Paid Ck. No. 4117 |
| F | Power Survey & Control Co | $ | $ | $ | $ | 4,599.00 | 2% Distribution on Unsecured Claim | $ 91.98 | $ 91.98 | Paid Ck. No. 4118 |
| F | Printing Press | $ | $ | $ | $ | 358.00 | 2% Distribution on Unsecured Claim | $ 7.16 | $ 7.16 | Paid Ck. No. 4119 |
| F | Prof. Engin. Review C. | $ | $ | $ | $ | 895.00 | 2% Distribution on Unsecured Claim | $ 17.90 | $ 17.90 | Paid Ck. No. 4120 |
| F | Progressive Business Pub. | $ | $ | $ | $ | 299.00 | 2% Distribution on Unsecured Claim | $ 5.98 | $ 5.98 | Paid Ck. No. 4121 |
| F | Project Energy Savers LLC | $ | $ | $ | $ | 1,202.52 | 2% Distribution on Unsecured Claim | $ 24.05 | $ 24.05 | Paid Ck. No. 4122 |
| F | Ridgewood Bushwick SCC | $ | $ | $ | $ | 6,146.00 | 2% Distribution on Unsecured Claim | $ 122.92 | $ 122.92 | Paid Ck. No. 4123 |
| F | Riverdale Electrical Svc. | $ | $ | $ | $ | 373,025.38 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | RS Means | $ | $ | $ | $ | 1,099.95 | 2% Distribution on Unsecured Claim | $ 22.00 | $ 22.00 | Paid Ck. No. 4124 |
| F | Runway Tire Svc. Co Inc. | $ | $ | $ | $ | 272.49 | 2% Distribution on Unsecured Claim | $ 5.45 | $ 5.45 | Paid Ck. No. 4125 |
| F | Schulte Roth & Zabel | $ | $ | $ | $ | 13,748.59 | 2% Distribution on Unsecured Claim | $ 274.97 | $ 274.97 | Paid Ck. No. 4126 |
| F | Sears Commercial | $ | $ | $ | $ | 500.00 | 2% Distribution on Unsecured Claim | $ 10.00 | $ 10.00 | Paid Ck. No. 4127 |
| F | Selah Realty, LLC | $ | $ | $ | $ | 15,879.28 | 2% Distribution on Unsecured Claim | $ 317.59 | $ 317.59 | Paid Ck. No. 4128 |
| F | Snack Time Svcs. Inc. | $ | $ | $ | $ | 720.00 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | Standard Pest Management | $ | $ | $ | $ | 650.00 | 2% Distribution on Unsecured Claim | $ 13.00 | $ 13.00 | Paid Ck. No. 4129 |
| F | Staples Advantage | $ | $ | $ | $ | 4,202.25 | 2% Distribution on Unsecured Claim | $ 84.05 | $ 84.05 | Paid Ck. No. 4130 |

*Check not cashed, a stop payment was issued on 10/17/19. Total amount of stop payment checks $2,564.25.
**Check returned due to insuffienct address. Total amount of checks returned $1,493.68.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| F | Sterling Last Real Estate | $ | $ | $ | $ | 140,477.65 | 2% Distribution on Unsecured Claim | $ 2,809.55 | $ 2,809.55 | Paid Ck. No. 4131 |
| F | Sunshine Heating | $ | $ | $ | $ | 137,655.00 | 2% Distribution on Unsecured Claim | $ 2,753.10 | $ 2,753.10 | Paid Ck. No. 4132 |
| F | Susan Kaplan | $ | $ | $ | $ | 5,062.50 | 2% Distribution on Unsecured Claim | $ 101.25 | $ 101.25 | Paid Ck. No. 4133 |
| F | Sustainable Generation LLC | $ - | $ - | $ - | $ | 35,950.00 | 2% Distribution on Unsecured Claim | $ 719.00 | $ 719.00 | Paid Ck. No. 4134 |
| F | Tailors Nest, LLC | $ - | $ - | $ - | $ | 3,721.10 | 2% Distribution on Unsecured Claim | $ 74.42 | $ 74.42 | Paid Ck. No. 4135 |
| F | Taitem Engineering, PC | $ - | $ - | $ - | $ | 85,606.73 | 2% Distribution on Unsecured Claim | $ 1,712.13 | $ 1,712.13 | Paid Ck. No. 4136 |
| F | Tech Street | $ - | $ - | $ - | $ | 260.00 | Distribution on Unsecured Claim | $ 5.20 | $ 5.20 | Stop Payment issued 10/17/19 Ck No. 4137* |
| F | Testo, Inc. | $ - | $ - | $ - | $ | 184.50 | Distribution on Unsecured Claim | $ 3.69 | $ 3.69 | Paid Ck. No. 4138 |
| F | TGI Office Automation | $ - | $ - | $ - | $ | 389.18 | Distribution on Unsecured Claim | $ 7.78 | $ 7.78 | Stop Payment issued 10/17/19 Ck No. 4139* |
| F | The New York Times | $ - | $ - | $ - | $ | 185.84 | Distribution on Unsecured Claim | $ 3.72 | $ 3.72 | Paid Ck. No. 4140 |
| F | Tierney & Courtney | $ - | $ - | $ - | $ | 1,795.00 | 2% Distribution on Unsecured Claim | $ 35.90 | $ 35.90 | Paid Ck. No. 4141 |
| F | Time Warner Cable | $ - | $ - | $ - | $ | 895.30 | Distribution on Unsecured Claim | $ 17.91 | $ 17.91 | Returned - insufficient address Ck No. 4142** |
| F | TLM Associates LLC | $ - | $ - | $ - | $ | 6,000.00 | 2% Distribution on Unsecured Claim | $ 120.00 | $ 120.00 | Paid Ck. No. 4143 |
| F | Town of Babylon | $ - | $ - | $ - | $ | 400.00 | Distribution on Unsecured Claim | $ 8.00 | $ 8.00 | Paid Ck. No. 4144 |
| F | Traffic Violations Dic./Plea Unit | $ - | $ - | $ - | $ | 138.00 | Distribution on Unsecured Claim | $ 2.76 | $ 2.76 | Stop Payment issued 10/17/19 Ck No. 4145* |
| F | Umit T. Sirt | $ - | $ - | $ - | $ | 3,060.00 | 2% Distribution on Unsecured Claim | $ 61.20 | $ 61.20 | Paid Ck. No. 4146 |
| F | Verizon | $ - | $ - | $ - | $ | 653.26 | Distribution on Unsecured Claim | $ 13.07 | $ 13.07 | Paid Ck. No. 4147 |
| F | Verizon Wireless | $ - | $ - | $ - | $ | 6,319.26 | 2% Distribution on Unsecured Claim | $ 126.39 | $ 126.39 | Paid Ck. No. 4148 |
| F | Windstream Communications | $ - | $ - | $ - | $ | 6,339.61 | 2% Distribution on Unsecured Claim | $ 126.79 | $ 126.79 | Paid Ck. No. 4149 |
| F | Wright Express | $ - | $ - | $ - | $ | 3,866.10 | 2% Distribution on Unsecured Claim | $ 77.32 | $ 77.32 | Paid Ck. No. 4150 |
| F | Xerox Corporation | $ - | $ - | $ - | $ | 30,590.47 | Scheduled claim superseded by Proof of Claim, see above | $ - | $ - | |
| F | YES Contracting Inc. | $ - | $ - | $ - | $ | 38,497.05 | 2% Distribution on Unsecured Claim | $ 769.94 | $ 769.94 | Paid Ck. No. 4151 |
| F | ZIPCAR, Inc. | $ - | $ - | $ - | $ | 216.99 | Distribution on Unsecured Claim | $ 4.34 | $ 4.34 | Returned - insufficent address Ck No. 4152** |
| | | | | | | | Total Distributions | $ 439,307.66 | $ 439,307.66 | |

| UST/Professional Fees and Expenses | Total Requested Amount | Treatment | Proposed Distribution | Distribution | |
|---|---|---|---|---|---|
| Office of the United States Trustee | $ 4,875.00 | Paid 100% | $ 5,525.00 | $ 5,850.00 | 02/06/2019 Ck. No. 4177 $5,850.00 |
| Distributions for expenses incurred post 3/31/18 | $ 5,000.00 | Paid 100% (upon submission of invoices to debtor's counsel) | $ 5,000.00 | $0.00 | |
| Rosen & Associates, P.C.: Fees (through 3/31/18) | $ 379,115.00 | Estimated pro rata of available remaining funds less amount paid under First Interim Fee Order | $ 76,814.86 | $ 76,814.86 | 08/29/2018 wire transfer $63,000.00 and 08/25/2020 wire transfer $15,124.12 |
| Rosen & Associates, P.C.: Expenses (through 3/31/18) | $ 7,249.57 | Paid 100% less amount paid under First Interim Fee Order | $ 1,309.26 | $ 1,309.26 | 08/29/2018 wire transfer $63,000.00 and |
| Archer & Greiner, P.C.: Fees (through 3/31/18) | $ 507,485.54 | Estimated pro rata of available remaining funds less amount paid under First Interim Fee Order | $ 143,590.66 | $ 143,590.66 | 08/29/.2018 Ck. No. 4043 $107,693.00 and 08/25/2020 wire transfer balance of $39,658.07 |
| Archer & Greiner, P.C.: Expenses (through 3/31/18) | $ 3,739.39 | Paid 100% less amount paid under First Interim Fee Order | $ 3,760.41 | $ 3,760.41 | 08/29/.2018 Ck. No. 4043 $107,693.00 and |
| Carpathia Asset Management, LLC: Fees (through 3/31/18) | $ 79,455.50 | Estimated pro rata of available remaining funds less amount paid under First Interim Fee Order | $ 18,571.35 | $ 18,571.35 | 08/29/.2018 Ck. No. 4044 $13,928.51 and 08/25/2020 Ck. No. 4202 balance of $5,069.46 |
| Carpathia Asset Management, LLC: Expenses (through 3/31/18) | $ 639.97 | Paid 100% less amount paid under First Interim Fee Order | $ 426.62 | $ 426.62 | 08/29/.2018 Ck. No. 4044 $13,928.51 and 08/25/2020 Ck. No. 4202 |
| | | | | $ 250,323.16 | |
| | | **Total Distribution** | | **$ 689,630.82** | |
| | | **Cash on hand** | | **$ 6,568.89** | |

*Check not cashed, a stop payment was issued on 10/17/19. Total amount of stop payment checks $2,564.25.
**Check returned due to insuffienct address. Total amount of checks returned $1,493.68.